**Arjuna C. FERNANDO, Plaintiff–Appellant,**

v.

**Manu SAREEN; et al., Defendants–Appellees.**

No. 16–15237

United States Court of Appeals, Ninth Circuit.

Submitted June 27, 2016 *

FILED June 28, 2016

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Arjuna C. Fernando, Pro Se

Henry Joseph Escher, III, Attorney, Dechert LLP, San Francisco, CA, for Defendants–Appellees

Before: O'SCANNLAIN, CLIFTON, and WATFORD, Circuit Judges.

MEMORANDUM **

Arjuna C. Fernando appeals pro se from the district court's judgment dismissing for lack of personal jurisdiction his action against Danish child welfare officials. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Harris Rutsky & Co. Ins. Servs., Inc. v. Bell & Clements Ltd.*, 328 F.3d 1122, 1128 (9th Cir. 2003), and we affirm.

The district court properly dismissed Fernando's action for lack of personal jurisdiction because Fernando failed to allege facts sufficient to establish that appellees have "continuous and systematic" contacts with California that "approximate physical presence," *Schwarzenegger v. Fred Martin Motor Co.*, 374 F.3d 797, 801 (9th Cir. 2004) (citation and internal quotation marks omitted) (general jurisdiction), or that his claims arose out of or relate to appellees' forum-related activities, *id.* at 802 (specific jurisdiction).

Fernando's June 13, 2016 emergency motion for an injunction pending appeal is denied as moot.

Fernando's May 23, 2016 "notification of a threat to plaintiff-appellant from defen-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

dants-appellees" and request for review is denied.

Appellees' June 8, 2016 motion for sanctions under Federal Rule of Appellate Procedure 38 is denied.

Fernando's June 27, 2016 motion to strike Docket Entry No. 19–2 is granted. The Clerk shall remove Docket Entry No. 19–2 from the docket.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.